## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| KAY VANHAUEN, LARRY WALKER, and RHETT BAIN, individually and on behalf of all others similarly situated, | § § § § § | CASE NO. 3:10-CV-02146-B |
| Plaintiffs, | § § | |
| v. | § § § | CLASS ACTION |
| AMERICAN HOME MORTGAGE SERVICING, INC., | § § § § | |
| Defendant. | § | JURY TRIAL REQUESTED |

### PLAINTIFF LARRY WALKER'S NOTICE OF DISMISSAL

Plaintiff Larry Walker ("Mr. Walker") hereby files his notice of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

On December 9, 2010, Mr. Walker was added as a Plaintiff and Class Representative in Plaintiffs' First Amended Class Action Complaint against American Home Mortgage Servicing, Inc. ("AHMSI"). (Doc. No. 10).

On December 27, 2010, AHMSI filed its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. No. 11) AHMSI has not filed an answer or a motion for summary judgment. Mr. Walker has not filed a motion for class certification, and the Court has not certified a class pursuant to Rule 23 of the Federal Rules of Civil Procedure.

In January 2011, Mr. Walker, through separate counsel, filed a lawsuit to quiet title to his property in county court in Missouri and desires to prosecute his individual claims in that lawsuit.

A receiver has not been appointed in the action.  This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

This dismissal is without prejudice.

DATED this 29ᵗʰ day of March, 2011.

s/ Dean Gresham

_____

STANLEY · IOLA, LLP
Marc R. Stanley
Texas Bar No. 19046500
mstanley@stanleyiola.com
Martin Woodward
Texas Bar No. 00797693
mwoodward@stanleyiola.com
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214.443.4300 (telephone)
214.443.0358 (facsimile)

GRESHAM PC
Dean Gresham
Texas Bar No. 24027214
dgresham@greshampc.com
Jennifer W. Johnson
Texas Bar No. 24060029
jjohnson@greshampc.com
2311 Cedar Springs Road, Suite 200
Dallas, Texas 75201
214.420.9995 (telephone)
214.526.5525 (facsimile)

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
klein@roddykleinryan.com
Shennan Kavanagh (admitted *pro hac vice*)
kavanagh@roddykleinryan.com
727 Atlantic Avenue, 2d Floor
Boston, Massachusetts 02111
617.357.5500 (telephone)
617.357.5030 (facsimile)

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed this *Plaintiff Larry Walker's Notice of Dismissal* on March 29, 2011 using the Court's Electronic Case Filing System.  This document is available for viewing and downloading from the Court's Electronic Case Filing System.  Accordingly, service by electronic means has been made on the following Attorneys of Record:

Robert T. Mowrey
Thomas G. Yoxall
Kurt M. Wolber
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

s/ Dean Gresham_____
DEAN GRESHAM