**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| KAY VANHAUEN, LARRY WALKER, and RHETT BAIN, individually and on behalf of all others similarly situated, | § § § § § | CASE NO. 3:10-CV-02146-B |
| Plaintiffs, | § § | |
| v. | § § § | CLASS ACTION |
| AMERICAN HOME MORTGAGE SERVICING, INC., | § § § § | |
| Defendant. | § | JURY TRIAL REQUESTED |

**PLAINTIFF KAY VANHAUEN'S NOTICE OF DISMISSAL**

Plaintiff Kay VanHauen ("Ms. VanHauen") hereby files her notice of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

On October 25, 2010, Ms. VanHauen filed her Original Class Action Complaint against American Home Mortgage Servicing, Inc. ("AHMSI"). (Doc. No. 1).

On December 27, 2010, AHMSI filed its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. No. 11) AHMSI has not filed an answer or a motion for summary judgment. Ms. VanHauen has not filed a motion for class certification, and the Court has not certified a class pursuant to Rule 23 of the Federal Rules of Civil Procedure.

A receiver has not been appointed in the action. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

This dismissal is without prejudice.

DATED this 13th day of June, 2011.

        s/ Dean Gresham
        _____
        STANLEY · IOLA, LLP
        Marc R. Stanley
        Texas Bar No. 19046500
        mstanley@stanleyiola.com
        Martin Woodward
        Texas Bar No. 00797693
        mwoodward@stanleyiola.com
        3100 Monticello Avenue, Suite 750
        Dallas, Texas 75205
        214.443.4300 (telephone)
        214.443.0358 (facsimile)

        GRESHAM PC
        Dean Gresham
        Texas Bar No. 24027214
        dgresham@greshampc.com
        Jennifer W. Johnson
        Texas Bar No. 24060029
        jjohnson@greshampc.com
        2311 Cedar Springs Road, Suite 200
        Dallas, Texas 75201
        214.420.9995 (telephone)
        214.526.5525 (facsimile)

        RODDY KLEIN & RYAN
        Gary Klein (admitted *pro hac vice*)
        klein@roddykleinryan.com
        Shennan Kavanagh (admitted *pro hac vice*)
        kavanagh@roddykleinryan.com
        727 Atlantic Avenue, 2d Floor
        Boston, Massachusetts 02111
        617.357.5500 (telephone)
        617.357.5030 (facsimile)

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this *Plaintiff Kay VanHauen's Notice of Dismissal* on June 13, 2011 using the Court's Electronic Case Filing System.  This document is available for viewing and downloading from the Court's Electronic Case Filing System. Accordingly, service by electronic means has been made on the following Attorneys of Record:

Robert T. Mowrey
Thomas G. Yoxall
Kurt M. Wolber
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

                                           s/ Dean Gresham_____
                                           DEAN GRESHAM